IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-01306-PAB-KLM

SPYDERCO, INC., a Colorado corporation,

    Plaintiff,

v.

GLOBAL WHOLESALE & AUCTION, a Tennessee company,
BONNIE ASMAR, an individual, and
DARRYL ASMAR, an individual,

    Defendants.
_____

### MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Motion to Vacate and Reset Scheduling Conference** [Docket No. 8; Filed July 15, 2011] (the "Motion")

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.  Accordingly,

    IT IS FURTHER **ORDERED** that the Scheduling Conference set for July 25, 2011 at 11:00 a.m. is **vacated** and **RESET** to **September 12, 2011 at 10:00 a.m.** in Courtroom C-204 of the Byron G. Rogers United States Courthouse.

    IT IS FURTHER **ORDERED** that the parties shall submit their proposed scheduling order pursuant to the District of Colorado Electronic Case Filing ("ECF") Procedures.  The parties shall submit the proposed scheduling order no later than **September 7, 2011**.

    IT IS FURTHER **ORDERED** that each party shall submit a Confidential Settlement Statement no later than **September 7, 2011**.  Parties participating in the District of Colorado ECF system shall submit their Confidential Settlement Statement in PDF format via email to Mix_Chambers@cod.uscourts.gov.  Parties not participating in ECF shall submit their Confidential Settlement Statement as a hard copy by delivering it to the Clerk of the Court or by mailing it directly to Magistrate Judge Mix in an envelope marked "Confidential and Private per Order of Magistrate Judge Mix."

    Dated:  July 15, 2011